

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00022-CV

**SPARTAN CONSTRUCTION, LLC,
JASON ELLIOTT OPP AND
JENNIFER JEAN OPP,**

                                                                      **Appellants**

 **v.**

**RAINBOW INTERNATIONAL, LLC,**

                                                                      **Appellee**

---

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2018-919-5**

---

## ORDER

---

On March 12, 2019, Jennifer Opp filed a pro se motion for extension of time to file the Appellants' brief. On March 13, 2019, Jennifer Opp filed a pro se motion to stay the underlying order. Jennifer Opp appears to file both motions on behalf of herself, Jason Opp, and Spartan Construction LLC. Generally a corporation may be represented only by a licensed attorney. *Kunstoplast of America, Inc. v. Formosa Plastics Corp., USA*, 937

S.W.2d 455, 456 (Tex. 1996). Jennifer Opp may not file the motions on behalf of the corporation. The pro se motions are not signed by Jason Opp. Therefore, this Court may only grant any requested motions as to Jennifer Opp.

The motion to stay the underlying order is denied. The motion for extension of time to file the brief is granted as to Jennifer Opp.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Order issued and filed March 27, 2019

